■ In the Matter of VINCENZA SOMMERICH et al., Respondents, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION et al., Appellants. —Order, Supreme Court, New York County, entered June 27, 1979, unanimously affirmed, without costs. In affirming denial of respondents-appel-

lants' motion for renewal of the prior petition herein, we may not consider the merits of the original petition, but only the issues presented by the motion itself. Concur—Fein, J. P., Sandler, Ross, Markewich and Lupiano, JJ.